# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

**v.**                                                                                                        Case No:   6:20-cv-1206-Orl-22DCI

**GLOBAL PLAZA USA INC. and SEVEN STAR ONE, INC.,**

      **Defendants.**

## ORDER

This cause is before the Court on Motion for Default Judgment (Doc. 13) filed on October 27, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice. (Doc. 14).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 24, 2020 (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment is hereby **DENIED without prejudic**e.

3. Plaintiff is granted leave to file amended motions for default judgment by **February 8, 2021**. After that time, Plaintiff's claims will be subject to dismissal without prejudice for failure to prosecute.[1]

---

[1] See Local Rule 1.07 (b) (permitting the Court to dismiss a case without notice and without prejudice when counsel fails to proceed without delay to apply for a judgment within 60 days of service).

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties